**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GLOBAL HAWK INSURANCE COMPANY**, <br><br> Plaintiff, <br><br> v. <br><br> **WESCO INSURANCE COMPANY**, <br><br> Defendant. | Case No.: CV 18-6805-DMG (MRWx) <br><br> **JUDGMENT** |

The Court having granted the motion for summary judgment of Defendant Wesco Insurance Company by order dated December 9, 2019 [Doc. # 65],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant and against Plaintiff Global Hawk Insurance Company.

DATED: December 9, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-